JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
    450 Golden Gate Avenue
    9th Floor Tax Division
    San Francisco, CA, 94612
    Telephone: (415) 436-7017
    Telefax:   (415) 436-6748

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-05-0002 MJJ |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO DISMISS |
| | ) KRISTI M. GHANDHI |
| KRISTI M. GHANDHI, | ) Oakland Venue |
| Defendant. | ) AND ORDER |

It is hereby stipulated by and between plaintiff United States of America and defendant Kristi M Ghandhi, through their respective counsel, that Kristi M. Ghandhi be dismissed from this matter.

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Joyce Leavitt                          /s/ T. Moore
JOYCE LEAVITT                              THOMAS MOORE
Attorney for Defendant                     Assistant United States Attorney
                                           Tax Division

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/7/2008

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE